[Nos. 9087-2-II; 9132-1-II. Division Two. February 18, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. ZEBULIN VANCE ROBBINS, *Appellant*.

*In the Matter of the Personal Restraint of*
ZEBULIN VANCE ROBBINS, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark County, No. 85-1-00388-8, John N. Skimas, J., entered August 16, 1985, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 8914-9-II. Division Two. February 18, 1987.]

STANLEY HODGE, *Individually and as Personal Representative, Appellant*, v. SAFECO INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 85-2-00260-0, David R. Draper, J., entered June 4, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Alexander, J.

[No. 8946-7-II. Division Two. February 18, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH WORTH, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85-1-00077-6, John W. Schumacher, J., entered June 17, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.